ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JAMES M. LEFT (Cal. SBN: 173382)
Special Assistant United States Attorney
General Crimes Section
MICHAEL DORE (Cal. SBN: 227442)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0511
    Facsimile: (213) 894-0141
    Email: jim.left@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 11-436(A)-MRW |
| Plaintiff, | ) <u>**GOVERNMENT'S MOTION IN LIMINE**</u> |
| | ) <u>**TO PRECLUDE A GOOD FAITH**</u> |
| v. | ) <u>**DEFENSE; DECLARATION OF CRAIG**</u> |
| | ) <u>**PORTER; EXHIBITS**</u> |
| JOEL CIRILO SOSA HERNANDEZ, | ) |
| | ) Trial Date: December 6, 2011 |
| Defendant. | ) Trial Time: 9:00 a.m. |
| | ) |
| | ) Courtroom of the |
| | ) Honorable Michael R. Wilner |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files its motion in limine to preclude a good faith defense.

//
//

1     The government's motion in limine is based upon the attached
2 memorandum of points and authorities, the files and records in
3 this case, the attached declaration and exhibits, and any other
4 evidence or argument that the Court may wish to consider during
5 the next scheduled hearing.

6 DATED: November 18, 2011     Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
JAMES M. LEFT
Special Assistant United States
Attorney

Attorneys for Plaintiff
United States of America

## MEMORANDUM OF POINTS AND AUTHORITIES

At trial, the government intends to introduce evidence concerning the employment applications of the female employees of the 907 Club. An Employment Eligibility Verification (Form I-9) was attached to almost every application. (Declaration of Craig Porter ¶ 2, hereinafter "Porter Declaration"). For each employee, a person or entity must attest under penalty of perjury in a Form I-9 that the person or entity has verified that the employee is authorized for employment in the United States. 8 U.S.C. § 1324a(b)(1)(A); 8 C.F.R. §§ 274a.2(a)(3) and (b)(1)(B). This is part of the employment verification process. See generally 8 U.S.C. § 1324a(b); 8 C.F.R. § 274a.2.

The records from the 907 Club contain over 800 employment applications. (Porter Declaration ¶ 2). With two exceptions, none of the employment verification sections of the Form I-9s for the female employees of the 907 Club were properly completed. (Id. ¶ 3). In some cases, the employee filled out the top section and the rest of the Form I-9 was left blank. (Id.; attached example, Exhibit A). In other cases, the entire Form I-9 was left blank. (Porter Declaration ¶ 3; attached example, Exhibit B). Given the 907 Club management's consistent failure to complete the Form I-9s, which included the inaction of defendant, who was a manager at the club, defendant cannot raise a good faith defense that he did not knowingly hire and continue to employ illegal aliens.

Title 8, United States Code, Section 1324a(a)(3) provides that a person who establishes that he has complied in good faith with the requirements of the employment verification process

1

"with respect to the hiring, recruiting, or referral for employment of an alien in the United States" may establish an affirmative defense that he did not knowingly hire an alien who was not authorized for employment in the United States. See also 8 U.S.C. § 1324a(b)(6)(A) (good faith defense available for an individual who complied with the employment verification process except for a technical or procedural violation). However, a good faith defense is not available to an individual who fails to properly complete a Form I-9. Maka v. INS, 904 F.2d 1351, 1360 (9th Cir. 1990). Furthermore, a good faith defense is not available to an individual who engages in "a pattern or practice" of hiring and continuing to employ illegal aliens.[1] 8 U.S.C. § 1324a(b)(6)(C).

//
//

---

[1] This same language referring "a pattern or practice" of hiring and continuing to employ illegal aliens appears in the section of statute that triggers criminal penalties. 8 U.S.C. § 1324a(f)(1) (referencing 8 U.S.C. § 1324a(a)(1)(A) and (a)(2)).

2

1    In this case, evidence will show that defendant consistently
2 failed to complete the Form I-9s for the illegal aliens that he
3 knowingly hired.  Thus, the Court should preclude defendant from
4 asserting that he had a good faith belief that he hired only
5 aliens who were authorized for employment.
6 DATED: November 18, 2011          Respectfully submitted,
7                                   ANDRÉ BIROTTE JR.
                                    United States Attorney
8
                                    ROBERT E. DUGDALE
9                                   Assistant United States Attorney
                                    Chief, Criminal Division
10
11
                                         /s/
12                                  ─────────────────────────────
                                    JAMES M. LEFT
                                    Special Assistant United States
13                                  Attorney
14                                  Attorneys for Plaintiff
                                    United States of America

3

## DECLARATION OF CRAIG PORTER

1. I am a Special Agent with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement. I am assigned to the Work Site Enforcement Unit of the Los Angeles district office. I am also the lead case agent concerning the case involving the 907 Club. I am knowledgeable of the facts set forth therein, and if called to testify, I would be able to testify as to the following facts.

2. On November 5, 2010, officers from the Los Angeles Police Department executed a search warrant against the 907 Club and seized numerous records, including over 800 employment applications. ICE is now in possession of these records, including the employment applications, and I have reviewed these documents. A Form I-9 is attached to almost all of the employment applications.

3. With two exceptions, none of the employment verification sections of the Form I-9s for the female employees of the 907 Club were completed. In some cases, the employee filled out the top section and the rest of the Form I-9 was left blank. (See attached example Exhibit A). In other cases, the entire Form I-9 was left blank. (See attached example Exhibit B).

I hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 18, 2011

_____
Craig Porter

4

# EXHIBIT A

#175

Fernanda

# 907 CLUB

Name/Nombre _Laura Guzman Villalpando_

Address/Direccion ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

City/Ciudad _West covina_ _Ca_ Zip Code _91790_

Telephone:(▓▓▓) ▓▓▓▓▓▓▓ Or ( )

SSN ▓▓▓-▓▓-_4130_

ID No. _____ No. of Dependents _6_

How did you know about the club/ Como se entero del club: _Periodico_

Experience as Hostess/Experiencia como compañera de baile: _____ Where/Donde _____

I understand that if I am hired I will follow the rules of 907 Club and I will have my ID at all times.

Entiendo que si me contratan cumplire todas las reglas del 907 Club y tendre una identificacion valida todo el tiempo.

_[signature]_     _08-24 2009_

Firma /Signature     Date/Fecha

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read Instructions carefully before completing this form. The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE.** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

### Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Guzman | Laura | L G | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| [redacted] | | [redacted]-68 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| West Covina | Ca. | 91790 | [redacted]-4130 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A _____)
☐ An alien authorized to work until ___/___/___
(Alien # or Admission # _____)

Employee's Signature: [signature]

Date (month/day/year):

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature          Print Name

Address (Street Name and Number, City, State, Zip Code)          Date (month/day/year)

### Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s).

| | List A | OR | List B | AND | List C |
|---|---|---|---|---|---|
| Document title: | | | | | |
| Issuing authority: | | | | | |
| Document #: | | | | | |
| Expiration Date (if any): | ___/___/___ | | ___/___/___ | | ___/___/___ |
| Document #: | | | | | |
| Expiration Date (if any): | ___/___/___ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | | |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| | | |

### Section 3. Updating and Reverification. To be completed and signed by employer

A. New Name (if applicable)          B. Date of rehire (month/day/year) (if applicable)

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title:_____ Document #:_____ Expiration Date (if any):___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative          Date (month/day/year)

Form I-9 (Rev. 11-21-91) N





Case 2:11-cr-00436-MRW   Document 57   Filed 11/18/11   Page 11 of 14   Page ID #:497

# EXHIBIT B

# 907 CLUB

Re-hire #187

Name/Nombre  Olga Jessima Valdez
Address/Direccion ███████████
City/Ciudad  Panorama  city     Zip Code 91402
Telephone:(███) ███████
SSN _____-____-_____
ID No. _____  No. of Dependents  4

How did you know about the club/ Como se entero del club: _____

Experience as Dance Hostess/Experiencia como compañera de baile: _____ Where/Donde _____

I understand that if I am hired I will follow the rules of 907 Club and I will have my CA ID at all times.

Entiendo que si me contratan cumplire todas las reglas del 907 Club y tendre una identificacion de California valida todo el tiempo.

_[signature]_                    03-20-09
Firma /Signature                 Date/Fecha

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

OMB No. 1615-0047; Expires 06/30/08

# Form I-9, Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because the documents have a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins.

Print Name: Last _____ First _____ Middle Initial _____ Maiden Name _____

Address (Street Name and Number) _____ Apt. # _____ Date of Birth (month/day/year) _____

City _____ State _____ Zip Code _____ Social Security # _____

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☐ A lawful permanent resident (Alien #) A _____
☐ An alien authorized to work until _____
(Alien # or Admission #) _____

Employee's Signature _____ Date (month/day/year) _____

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature _____ Print Name _____

Address (Street Name and Number, City, State, Zip Code) _____ Date (month/day/year) _____

## Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | _____ | | _____ |
| Issuing authority: _____ | | _____ | | _____ |
| Document #: _____ | | _____ | | _____ |
| Expiration Date (if any): _____ | | _____ | | _____ |
| Document #: _____ | | | | |
| Expiration Date (if any): _____ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) _____ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

Signature of Employer or Authorized Representative _____ Print Name _____ Title _____

Business or Organization Name and Address (Street Name and Number, City, State, Zip Code) _____ Date (month/day/year) _____

## Section 3. Updating and Reverification. To be completed and signed by employer.

A. New Name (if applicable) _____   B. Date of Rehire (month/day/year) (if applicable) _____

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____   Document #: _____   Expiration Date (if any): _____

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative _____ Date (month/day/year) _____

Form I-9 (Rev. 06/05/07) N



