ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JAMES M. LEFT (Cal. SBN: 173382)
Special Assistant United States Attorney
General Crimes Section
MICHAEL DORE (Cal. SBN: 227442)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0511
    Facsimile: (213) 894-0141
    Email: jim.left@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOEL CIRILO SOSA HERNANDEZ,<br><br>        Defendant. | No. CR 11-436(A)-MRW<br><br>GOVERNMENT'S OPPOSITION TO DEFENDANT'S PROPOSED JURY INSTRUCTIONS<br><br>Trial Date: December 6, 2011<br>Trial Time: 9:00 a.m.<br><br>Courtroom of the<br>Honorable Michael R. Wilner |

    Plaintiff United States of America, by and through its attorney of record, the United States Attorney for the Central District of California, hereby submits its opposition to defendant's proposed jury instructions for trial in the above-captioned case.

//

//

The government's opposition is based upon the attached memorandum of points and authorities.  The government respectfully requests leave to file an additional opposition if defendant files any more proposed jury instructions.

DATED: December 2, 2011          Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
JAMES M. LEFT
Special Assistant United States Attorney

Attorneys for Plaintiff
United States of America

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant is charged in the first superseding information with a pattern or practice of hiring and continuing to employ illegal aliens, in violation of Title 8, United States Code, Sections 1324(a)(1)(A), (a)(2), (f)(1). Defendant's two proposed jury instructions do not accurately reflect the nature of the charge.

Defendant's first proposed jury instruction states that defendant has been charged under Sections 1324a(a)(1)(A) and (a)(2) and is "subject to subsection (e)(4)." This is incorrect. Defendant is not charged under subsection (e)(4). As a matter of statute, any civil fines imposed under subsection (e)(4) are not a matter for this Court. Section 1324a(e) is a compliance section. If an individual or entity contests the imposition of a fine, the matter is heard before an administrative law judge. 8 U.S.C. § 1324a(e)(3)(A) and (B). An administrative law judge may impose a civil fine, or it may be imposed by an immigration officer if no hearing is requested. 8 U.S.C. § 1324a(e)(3)(B) and (C). Finally, it is inappropriate for a jury to determine a civil penalty in a criminal case.

Defendant's second proposed jury instruction is not completely accurate, because it does not fully articulate the bases by which defendant may be guilty of charged offense. Defendant's second instruction presupposed that the government must prove that defendant both knowingly hired <u>and</u> knowingly continued to employ illegal aliens. However, subsection (f)(1) criminalizes a pattern or practice of one or the other. Thus, defendant may be found guilty if (1) defendant knowingly hired an

3

1  alien unauthorized for employment and there was a pattern or
2  practice of such conduct under Sections 1324a(a)(1)(A) and
3  (f)(1); or (2) defendant continued to employ an unauthorized
4  alien and there was a pattern or practice of such conduct under
5  Sections 1324a(a)(2) and (f)(1).  The government's amended jury
6  instructions specifically address both forms of criminal conduct
7  and more accurately describes the charged offense.

DATED: December 2, 2011          Respectfully submitted,

                                 ANDRÉ BIROTTE JR.
                                 United States Attorney

                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                 _____/s/_____
                                 JAMES M. LEFT
                                 Special Assistant United States
                                 Attorney

                                 Attorneys for Plaintiff
                                 United States of America

4